125 A.3d 772

**Lawrence HARPER, Petitioner**

v.

**COMMON PLEAS COURT OF PHILADELPHIA, County Clerk of the Court (Crim. Div.) and President Judge Pamela Prior Dembe, Respondents.**

**No. 118 EM 2015.**

Supreme Court of Pennsylvania.

Nov. 13, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of November, 2015, the Application for Leave to File Original Process and the Petition for

Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Ali*, 608 Pa. 71, 10 A.3d 282 (2010) (explaining that hybrid representation is not permitted) The Prothonotary is **DIRECTED** to forward the filings to counsel of record and to strike the name of the jurist from the caption.